```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SANDRA PHILLIP,

                                 **Plaintiff,**                      18-CV-5005 (SN)

               -against-                              **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                                **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On May 9, 2019, in accordance with the stipulation and agreement between the parties, I ordered that this case be remanded for further consideration of the plaintiff's application for disability benefits and closed this case. ECF No. 26. On August 8, 2019, pursuant to the stipulation and agreement filed by the parties, I ordered the award of attorney's fees to Plaintiff's counsel in accordance with the Equal Access to Justice Act, 28 U.S.C. § 2412. ECF No. 33. On January 11, 2021, Plaintiff's counsel moved for attorney's fees pursuant to 42 U.S.C. § 406(b). ECF No. 34.

       Because of the Commissioner's unique role and expertise in the area, the Commissioner is directed to file a letter indicating whether they object to Plaintiff's counsel's motion for § 406(b) fees no later than February 12, 2021.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:       January 12, 2021
                  New York, New York